UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>Charles R. Johnson,<br><br>    Debtor, | Bk. No. 1:16-bk-02830-HWV<br><br>CHAPTER 13 |
| Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-3, its assignees and/or successors in interest,<br><br>    Movant,<br><br>and<br><br>Charles R. Johnson, Debtor;<br>Marion E. Johnson, Co-Debtor<br>Charles J. DeHart, III, Trustee,<br><br>    Respondents. | **HEARING DATE:**<br>Tuesday, January 8, 2019<br>9:30 a.m. |

**CERTIFICATE OF SERVICE**

    I, Jason Brett Schwartz, Esquire, hereby certify that on the 17th day of December 2018, a true and correct copy of the within *Motion for Relief from Automatic Stay and Co-Debtor Stay* was served upon the following persons at the addresses listed below, by Regular U.S. Mail, or by Electronic Notice.

Charles R. Johnson
417 High Street
Highspire, PA 17034
Debtor

Marion Johnson
417 High Street
Highspire, PA 17034
Co-Debtor

1

Charles J DeHart, III
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Chapter 13 Trustee

Gary J Imblum, Esq.
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111
Attorney for Debtor

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

                                                  /s/ Jason Brett Schwartz
                                                  Jason Brett Schwartz, Esquire

2

Case 1:16-bk-02830-HWV    Doc 51-12    Filed 12/17/18    Entered 12/17/18 13:35:26
Desc Duplicate Certificate of Service    Page 2 of 2