UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: CHARLES R. JOHNSON

        Debtor(s)

JACK N. ZAHAROPOULOS        CHAPTER 13
CHAPTER 13 TRUSTEE
        Movant

vs.

CHARLES R. JOHNSON

                            CASE NO: 1-16-02830-HWV

        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 12, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:     January 12, 2023                 Respectfully submitted,

                                                      /s/   Douglas R. Roeder, Esquire
                                                      ID: 80016
                                                     Attorney for Movant
                                                    Jack N. Zaharopoulos
                                                    Standing Chapter 13 Trustee
                                                    Suite A, 8125 Adams Drive
                                                    Hummelstown, PA 17036
                                                    Phone: (717) 566-6097
                                                    email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   CHARLES R. JOHNSON

                                   Debtor(s)

JACK N. ZAHAROPOULOS                              CHAPTER 13
CHAPTER 13 TRUSTEE
                       Movant
vs.
CHARLES R. JOHNSON
                                                  CASE NO: 1-16-02830-HWV
                      Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    February 8, 2023 at 09:35 AM
    Bankruptcy Courtroom
    Ronald Reagan Federal Bldg
    3rd Floor, 228 Walnut Street
    Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1,848.47**
   **AMOUNT DUE FOR THIS MONTH: $575.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $2,423.47**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: January 12, 2023

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   CHARLES R. JOHNSON

                              Debtor(s)

JACK N. ZAHAROPOULOS                                CHAPTER 13
CHAPTER 13 TRUSTEE
                    Movant
vs.
CHARLES R. JOHNSON
                                                    CASE NO: 1-16-02830-HWV
                              Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 12, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA  17111-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA  17101

Served by First Class Mail

CHARLES R. JOHNSON
417 HIGH STREET
HIGHSPIRE  PA  17034

I certify under penalty of perjury that the foregoing is true and correct.

Date:  January 12, 2023                    /s/  Matt Arcuri
                                           Office of the Standing Chapter 13 Trustee
                                           Jack N. Zaharopoulos
                                           Suite A, 8125 Adams Dr.
                                           Hummelstown, PA  17036
                                           Phone:  (717) 566-6097
                                           email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CHARLES R. JOHNSON

            CHAPTER 13

      Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant            CASE NO: 1-16-02830-HWV

vs.

CHARLES R. JOHNSON

## **ORDER DISMSSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.