IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**CHARLES R. JOHNSON**<br>Debtor<br><br>**SANTANDER CONSUMER USA INC.**<br>Movant<br><br>v.<br><br>**CHARLES R. JOHNSON**<br>Respondent | CASE NO. 1:16-bk-002830-HWV<br><br>CHAPTER 13 |

### DEBTOR'S RESPONSE TO MOTION OF SANTANDER CONSUMER USA INC. FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** comes Debtor, Charles R. Johnson, by and through his attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted.

2. Admitted.

3. Admitted in part and denied in part. The Contract and Title speak for themselves. Strict proof is demanded.

4. A. Admitted in part and denied in part. The Contract speaks for itself. Strict proof is demanded.

   B. Admitted in part and denied in part. The Contract speaks for itself. Strict proof is demanded.

   C. Debtor believes and hereby avers that at the time of the filing of the bankruptcy, the vehicle was worth $15,137.00. Debtor has no knowledge as to its present value.

D. Admitted in part and denied in part. Debtor has no knowledge as to the Net Loan Balance. Strict proof is demanded. It is admitted that Debtor is paying the claim through his Chapter 13 Plan. The arrearage to the Trustee is also admitted. Debtor will deliver funds to counsel by the end of January 2023 sufficient to bring the Trustee current.

5. Admitted in part and denied in part. Santander is adequately provided in that the value of the vehicle is significantly more than the amount owed on same. Further, as stated above, Debtor will bring the Trustee current in the near future. Proof of insurance is attached.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

DATED: 1/23/23

## CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTOR'S RESPONSE TO MOTION OF SANTANDER CONSUMER USA INC. FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

WILLIAM E. CRAIG, ESQUIRE
MORTON & CRAIG LLC
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

*Carol V. Shay*
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtor

DATED: 1/23/2023