PENNSYLVANIA FINANCIAL RESPONSIBILITY IDENTIFICATION CARD

*This card must be shown to any Law Enforcement Officer upon request*

NAIC # 19976

## Amica Mutual Insurance Company

An authorized Pennsylvania insurer has issued an Owner's Policy of Liability Insurance under the Pennsylvania Motor Vehicle Financial Responsibility Law.

| Policy Number | Effective Date | Expiration Date | Not Valid More Than One Year From Effective Date |
|---|---|---|---|
| 93043720PD | 10/24/2022 | 04/24/2023 | |

Charles R. Johnson and
Marion Johnson
417 High St
Highspire, PA 17034

Office issuing this card
Lincoln, Rhode Island

001139 3/18 1 03

| Year | Make | Vehicle Identification Number | |
|---|---|---|---|
| 2012 | FORD | 1FMCU9E71CKC73352 | 1-877-672-6422 |

SEE IMPORTANT MESSAGE ON REVERSE SIDE